In the Matter of the Claim of WILLIAM MARCUS, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal from a decision of the Unemployment Insurance Appeal Board which affirmed the decision of a referee and overruled the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits for forty-two days. Claimant was a taxicab driver and, together with some others, was employed as an extra man. He worked on a daily "shape-up" basis. Whether he would be given a cab on a particular day was dependent upon how many regular drivers did not report for work and upon the number of extra men who might also be seeking work for that day. He became dissatisfied with that arrangement and asked for a position as a regular driver. This request was refused and thereupon he refused to continue as an extra man. The board has held that claimant did not voluntarily leave his employment without good cause. We cannot say, as a matter of law, that this decision was erroneous. Decision unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of 7201 FOURTH AVENUE BROOKLYN CORP., Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— This is an appeal by employer from a decision of the Unemployment Insurance Appeal Board which reversed the decision of an unemployment insurance referee and sustained the initial determination of the Industrial Commissioner which held that the employer was liable for contributions under the New York State Unemployment Insurance Law (Labor Law, art. 18). The only issue in this case is whether or not the employer is liable for insurance contributions in accordance with section 560 of the Unemployment Insurance Law. The Industrial Commissioner held that the employer was liable for unemployment insurance contributions from January 8, 1946. The question here is whether or not the appellant employed four or more persons on fifteen or more days during the calendar year of 1946. The board sustained the initial determination of the commissioner. The evidence sustains the determination. Decision unanimously affirmed, with costs to the respondent. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.